JAMES W. McDERMOTT, Appellant, *v.* THE NASSAU ELECTRIC
RAILROAD COMPANY, Respondent.

Reported below, 85 Hun, 422.
(Argued October 7, 1895; decided October 22, 1895.)

APPEAL from order of the General Term of the Supreme
Court in the second judicial department, made March 6, 1895,
which affirmed an order of the Special Term denying a motion
for an injunction.

*E. C. Boardman* for appellant.

*John J. Allen* for respondent.

Order affirmed, with costs; no opinion.
All concur.

---

WILLIAM KESSLER et al., Appellants, *v.* BERTHOLD LEVY et
al., Respondents.

Reported below, 11 Misc. Rep. 275.
(Argued October 7, 1895; decided October 22, 1895.)

APPEAL from order of the General Term of the Court of
Common Pleas for the city and county of New York, made
April 11, 1895, which reversed an order of the Special Term
denying a motion to vacate an order of arrest and vacated
said order.

*Simon Sultan* for appellants.

*B. F. Einstein* for respondents.

Order affirmed, with costs; no opinion.
All concur.